UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

In Re: Ingold Investments, LLC                      CASE NO. 11-30429
                                                                      CHAPTER 11

## EX-PARTE MOTION TO EXTEND THE DEADLINE TO FILE SCHEDULES AND OTHER REQUIRED DOCUMENTS

NOW INTO COURT comes the debtor, Ingold Investments, LLC, through undersigned counsel who respectfully avers the following:

1.

Ingold Investments, LLC filed for Chapter 11 bankruptcy relief on March 14, 2011.

2.

Bankruptcy Code Section 521 and others require schedules and ancillary documents to be filed by the debtor within a specified amount of time after the debtor files for relief. According to Docket text #1 in this case, the Attorney Disclosure Statement, Balance Sheet, Cash Flow Statement, List of Equity Security Holders, Federal Income Tax Return, Schedules C, E, F, G, and H and Statement of Financial Affairs are all due by March 28, 2011.

3.

However, in the case of this particular Chapter 11, the debtor will be unable to provide the required documentation by March 28, 2011. On February 28, 2011, the debtor's offices were seized and it currently being managed by Vintage Realty Company. All of the information needed to complete the Chapter 11 filings is in these offices and

the debtor is not allowed to enter the offices or remove anything pertaining to Ingold Investments, LLC.

4.

Therefore, debtor requests an extension of the document filing deadline to April 28, 2011 to complete the filing of all documents and schedules required by Bankruptcy Code Section 521.

5.

WHEREFORE DEBTOR REQUESTS an Ex Parte Order extending the deadline to file all remaining schedules and documents to April 28, 2011 for the reason stated above.

Respectfully submitted,
/s/ James W. Spivey II
JAMES W. SPIVEY II, PLC
1515 North 7th Street
West Monroe, LA 71291
Phone (318) 387-3666
Fax (318) 387-3630
Email – jspiveylaw@comcast.net
Bar Number # 22160